# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ralph Young,

Plaintiff(s),

v.

Aramark Educational Services, LLC et al,

Defendant(s).

Case No. 23 CV 810
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ other: This case is dismissed with prejudice under Rule 41(a).

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey on a motion.

Date: 7/24/2023

Thomas G. Bruton, Clerk of Court

<u>G. Lewis</u> , Deputy Clerk